ACCEPTED
14-15-00951-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/11/2015 12:36:59 PM
CHRISTOPHER PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 7801349
By: Ras Montgomery
Filed: 11/11/2015 12:36:59 PM

CAUSE NO. 2015-30977

| | | |
|---|---|---|
| IN THE MATTER OF THE | ' | IN THE DISTRICT COURT |
| MARRIAGE OF | ' | |
| | ' | |
| VIRGINIA W. LUCIO | ' | HARRIS COUNTY, TEXAS |
| AND | ' | |
| VICTOR M. LUCIO | ' | 309TH JUDICIAL DISTRICT |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 8:08:47 AM
CHRISTOPHER A. PRINE
Clerk

### RESPONDENT'S NOTICE OF APPEAL

Notice is hereby given that Respondent Victor Lucio appeals from the Final Judgment signed on August 10, 2015, the overruling of Respondent's Motion for New Trial by operation of law, and all adverse interlocutory rulings of that merged into the Judgment.

The Final Judgment and all orders were signed in Cause No. 2015-20977; *Virginia W. Lucio v. Victor M. Lucio;* In the 309th Judicial District Court of Harris County, Texas. The appeal will be to either the First or Fourteenth Court of Appeals.

Respectfully Submitted,

LAW OFFICES OF
ANDREW PIKE PIEKALKIEWICZ

By:     */s/ Andrew Pike Piekalkiewicz*

Andrew Pike Piekalkiewicz
State Bar Number: 00789766
440 Louisiana, Suite 900
Houston, Texas 77002
(832) 677-3221 Telephone
(832) 201-8449 Fax
pieklaw@gmail.com

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was forwarded to the following individual(s) on this the 11th day of November, 2015 in the following manner:

Mr. David Chan                                    ***Via Fax (713) 981-0055***
Law Office of David Chan
9898 Bissonnet, Suite 465
Houston, Texas  77036
***Attorney for Petitioner***


/s/ *Andrew Pike Piekalkiewicz*
Andrew Pike Piekalkiewicz